**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:22-cr-00097-ALM-BD** |
| | § | |
| **DAVID BUN CHHAY** | § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 45 (sealed).

**PROCEDURAL HISTORY**

On November 28, 2023, Chief United States District Judge Amos L. Mazzant, III, sentenced defendant David Bun Chhay to 30 months of imprisonment followed by three years of supervised release. Dkt. 43. Chhay's term of supervised release commenced on December 5, 2025. Dkt. 45 (sealed).

In February 2026, a probation officer petitioned the court for a warrant, alleging that Chhay had violated multiple conditions of his supervised release. *Id.* Specifically, that Chhay had possessed cocaine and submitted positive urine samples for controlled substances. *Id.*

A final revocation hearing was held before me on May 4, 2026. Chhay pleaded true to allegations one and two. Minute Entry for Mar. 19, 2026. He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 59. After hearing argument from counsel, the court announced what its recommendation would be.

**RECOMMENDATION**

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) allegation three in the petition for revocation of Chhay's supervised release, Dkt. 45 (sealed), be dismissed; (2) Chhay's supervised release be

revoked based on allegations one and two in that petition, *id.*; (3) Chhay be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 13 months, with no term of supervised release to follow; and (4) Chhay be placed at FCI Danbury in Danbury, Connecticut, if appropriate.

So ORDERED and SIGNED this 20th day of May, 2026.

_____
Don Bush
United States Magistrate Judge